# United States Bankruptcy Court
## Southern District of Florida

In re **Nadine Philistin**  
Debtor(s)

Case No.  
Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **5,000.00** |
   | Prior to the filing of this statement I have received | $ **2,000.00** |
   | Balance Due | $ **3,000.00** |

2. $ **306.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. [Other provisions as needed]
   **This fee is limited to the following: Consultations, preparation of schedualls and drafting of plan (including amended plans) in chapter 13 cases and filing of reaffirmation agreements if necessary; appearance at one Section 341 meeting and one confirmation hearing; obtaining reinstatement figures, if applicable. The fee may be reduced at the discretion of the undersigned.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, including 522(f) motions, relief from stay actions or any other adversary proceeding and state court proceedings. The above fee does not include any motions to sell property (either real or personal), motions to clear real estate title, motions for reinstatement and rehearing, motions to purchase automobiles, or motions for modification. The Debtor has agreed to pay counsel for the Debtors for all additional work preformed at the rate of $250.00 per hour. This fee does not include appearance at any Section 2004 examinations or any other items not included above.
   Should the debtor convert the case to one under Chapter 7 this firm will charge up to $1,000.00 in additional attorney's fees and $15.00 in costs. Pursuant to the local rules there will be additional charges for post-confirmation modification of plan $500.00. Motion for hardship discharge $500.00. Motion to rehear, vacate dismissal, shorten prejudice period or reinstate case $500.00. Motion to avoid lien $500.00. Defense of post-confirmation motion for relief from stay or motion to dismiss case $250.00. Motion to incur post petition debt $500.00. Motion to value real property $775. Motion to value personal property $525.00. Motion for relief from stay $525.00.**

In re  **Nadine Philistin**                                     Case No.

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Respectfully submitted,

**January 14, 2014**                                                          **/s/ Michael A. Frank**
Dated                                                                         Attorney for Debtor(s):
                                                                              **Michael A. Frank 339075**
                                                                              **Law Offices of Brooks Frank & De La Guardia**
                                                                              **10 NW Le Jeune Rd.**
                                                                              **Suite 620**
                                                                              **Miami, FL 33126**
                                                                              **(305) 443-4217  Fax: (305) 443-3219**