UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-10896-BKC-LMI
CHAPTER 13

IN RE:
NADINE PHILISTIN
    Debtor.
_____/

## DEBTOR'S OBJECTION TO CLAIM NO. 5 FILED BY SALLIE MAE INC., ON BEHALF OF USA FUNDS

    The Debtor by and through her undersigned attorney, objects to claim No 5 filed by Sallie Mae Inc., Attn: Bankruptcy Litigation Unit E3149, Post Office Box 9430, Wilkes Barre, PA 18706, USA funds, Attn; Deposit operations, Post office Box 6180, Indianapolis, IN 46206-6180 and Sallie Mae, Inc., Attn: Albert L. Lord, CEO, 12061 Bluemont Way, Reston, VA 20190, as an unsecured claim in the amount of $27,619.93, and states:

    1.    This claim is for a school loan and the Debtor's plan pays a 100% to all allowed unsecured creditors.  This claim should be stricken as this loan is being treated outside the bankruptcy.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim was emailed to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com,  and all others set forth in the NEF, this 4th day of November 2016, and this Objection and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to the above addressees.

    Respectfully submitted,
Law Offices of Michael J. Brooks, Michael A. Frank
    & Rodolfo H. De La Guardia, Jr.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

By: /s/ Michael A. Frank
    Michael A. Frank
    Florida Bar No. 339075