UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**FIFTH MODIFIED CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: **NADINE PHILISTIN**   CASE NO. **14-10896-BKC-LMI**
Last four digits of SS No. 3918

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

A. **$755.19** for months **1** to **34**, Paid in Prior Plan;
B. **$1,652.89**(Debtor is to pay $876.69) for months **35**, beginning **December 14, 2016**;
C. **$876.64** for month **36** to **60**, in order to pay the following creditors:

**Administrative**: Attorney's Fees: $8,525.00; Paid Fees: $3,000.00; Balance Due: $5,525.00 (-) $4,826.32 = $698.68; payable $141.95/mo. (Mos. 1 to 34)Paid in Prior Plan & $698.68/mo. (Mo. 35)

**Secured Creditors**:  [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**1. * OCWEN LOAN SERVICING (1st Mtg Homestead Property - 2295 NW 136 Terr., MF 33054)**
3451 Hammond Ave.    LMM pymt thru denial; $5,000.06 or $147.06/mo. (Mos. 1 to 34)
Waterloo, IA 50702   The account with this creditor will be treated outside
Acct #6725           the Chapter 13 Plan.
                     **LMM Denied.**

**2. SUPERIOR GARDENS (Maintenance Homestead Property - 2295 NW 136 Terr., MF 33054)** - $7,500.00 (-) $3,221.78 = $4,278.22
                              Paid in prior ;  $94.76/mo. (Mo. 1 to 34)
c/o Cuevas Law Firm       Regular Payment; $239.14/mo. (Mo. 35)
7480 SW 40 St., #600      Regular Payment; $161.57/mo. (Mos. 36 to 60)
Miami, FL 33155

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**

**1. CHASE (2nd Mtg Homestead Prop. Acct #8184 - 2295 NW 136 Terr., Opa Locka, FL 33054) - The value of the homestead property is $32,350.00. The payoff of the first mortgagee Ocwen Loan Servicing is $132,000.00. Therefore, as there is no equity after the first mortgage, the second mortgage due to Chase in the amount of $32,385.00 and the Maintenance due to Superior Gardens HOA in the amount of $18,735.00 will be stripped off and avoided.**

**2. SUPERIOR GARDENS HOA (Maintenance Homestead Prop. - 2295 NW 136 Terr., Opa Locka, FL 33054) - The value of the homestead property is $32,350.00. The payoff of the first mortgagee Ocwen Loan Servicing is $132,000.00. Therefore, as there is no equity after the first mortgage, the second mortgage due to Chase in the amount of $32,385.00 and the Maintenance due to Superior Gardens HOA in the amount of $18,735.00 will be stripped off and avoided.**

**3. SUMMIT FINANCIAL (Acct #4305)** - PAYOFF OF A 2010 Toyota Corolla and warranty, if applicable, $20,695.74 (-) $8,549.31 = $12,146.43; Payment; $251.45/mo. (Mos. 1 to 34)Paid in Prior Plan and $467.18/mo. (Mos. 35 to 60)

LF-31 (rev. 01/08/10)

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

1. **Internal Revenue Service -** TOTAL DUE; $4,940.85 (-) $1,399.33 = $3,541.52, Payable, $41.16/mo. (Mos. 1 to 34)Paid in Prior Plan & $136.22/mo. (Mos. 35 to 60)

**Unsecured Creditors**: Payable: $1,957.89 or $57.58/mo. (Mos. 1 to 34)Paid in Prior Plan $24.01/mo. (Mos. 35 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**OTHER PROVISIONS**: The Debtor will modify the Chapter 13 Plan to increase the amounts to be paid in to provide for a 100% distribution to allowed unsecured claims.

**OTHER PROVISIONS**: **All mortgage companies are required to notify the Debtor, the bankruptcy trustee and the Debtor's attorney of any increases in all regular monthly payments during the life of the Chapter 13 Plan.**

**SPECIAL PROVISION**: **The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f)1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 each year the case is pending, or within ten days after the returns are filed with the Internal Revenue Service, if under extension. The debtor(s) shall provide to the Trustee a statement of the income and expenditure of the debtor during the tax year of the debtor most recently concluded before such statement is filed under this paragraph, and the monthly income of the debtor(s) that shows how income, expenditure, and monthly income are calculated.**

Dated: November 9, 2016

<u>**CERTIFICATE OF MAILING**</u>

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich at e2c8f01@ch13herkert.com and those set forth in the NEF and regular mail to all creditors this 9th day of November, 2016.

Law Offices of Michael J. Brooks,
Michael A. Frank,
& Rodolfo De La Guardia
Attorney for Debtor(s)
10 N.W. LeJeune Road, Suite 620
Miami, FL  33126-5431
(305) **443-4217**
Pleadings@bkclawmiami.com


By /s/
Michael J. Brooks
Florida Bar No. 434442

LF-31 (rev. 01/08/10)