

ORDERED in the Southern District of Florida on December 14, 2016.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-10896-BKC-LMI

CHAPTER 13

IN RE:

NADINE PHILISTIN,
    Debtor.
_____/

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 5 FILED BY SALLIE MAE INC., ON BEHALF OF USA FUNDS**

THIS CAUSE having come on to be heard at 9:00 a.m., on December 6, 2016, on the Debtor's Objection to Claim No. 5 filed by Sallie Mae Inc., on behalf of USA Funds, [ECF 168], and based upon the record, it is,

**ORDERED**:

1. Claim No. 5 filed by Sallie Mae Inc., on behalf of USA Funds, as an

1

unsecured claim, in the amount of $27,619.93, is SUSTAINED, as this claim is being treated outside the Debtor's Plan.

### # # #

**Submitted by:**
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

**Copies furnished to:**
Michael A. Frank, Esquire
Nancy Neidich, Trustee
Sallie Mae Inc., Attn: Bankruptcy Litigation
USA funds, Attn: Deposit Operations
Sallie Mae, Inc., Attn: Albert L. Lord, CEO

    Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.